## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WILLIE DEE DAILEY III**                                                          **PETITIONER**
**a/k/a Malik Shaheed X**

**VS.**                                    **Case No.  4:18-cv-00773-BRW-JTR**
                                           **(Related Cases: 5:03-cv-00156-BRW)**
                                           **5:09-cv-00013-BRW)**

**WENDY KELLEY, Director,**
**Arkansas Department of Corrections**                                             **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 2) submitted by United States

Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the

Recommended Disposition is approved and adopted in its entirety.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No.

1) is DENIED, and that this case is DISMISSED, without prejudice.

A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing

Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED, this  26th day of November, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE